IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLENE BOGGS, <br><br> Plaintiff, <br><br> v. <br><br> HARRAH'S ATLANTIC CITY OPERATING COMPANY LLC d/b/a HARRAH'S RESORT ATLANTIC CITY <br><br> Defendant. | Civil Action No. 1:19-cv-00476-RBK-JS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charlene Boggs and Defendant Harrah's Atlantic City Operating Company LLC d/b/a Harrah's Resort Atlantic City do hereby **STIPULATE** and **AGREE** that Plaintiff's Complaint against Defendant, ECF No. 1, be and is hereby **DISMISSED WITH PREJUDICE,** and with each side to bear her or its own attorney's fees and costs.

Respectfully submitted,

KURKOWSKI LAW LLC

_____
Daniel M. Kurkowski, Esq.
1252 Route 109 South
Cape May, NJ 08204
Phone: 609-884-1788
info@kurkowskilaw.com

*Attorney for Plaintiff Charlene Boggs*

Dated: 5/22, 2019

COZEN O'CONNOR

_____
By: Jason A. Cabrera (NJ 077342013)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Phone: 215-665-7267
jcabrera@cozen.com

*Attorneys for Defendant Harrah's Atlantic City Operating Company LLC*

Dated: 6/10, 2019